# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT BRADLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFF WRIGLEY,<br><br>　　　　　Respondent.<br>_____ / | CV F 07-00260 OWW DLB HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

　　　　Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner is represented by Nathan J. Hochman.

　　　　On May 9, 2007, this Court granted the petition for writ of habeas corpus.  Respondent was ordered to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. §§ 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent was directed to make this determination within 14 days of the date of the December 20, 2006, Order (hereinafter "Order").

　　　　On May 14, 2007, Respondent filed a verification of compliance and request for entry of judgment. Respondent has submitted the declaration of Georgina Puentes, Camp Administrator for the prison camp at Taft, as verification of compliance with the Court's May 9, 2007, order. Ms. Puentes declares that she is responsible for performing Petitioner's evaluation for RRC

1

placement. (Declaration, at 2-3.) Ms. Puentes declares that due to the fact that Petitioner is serving a very short sentence, has ties to the community, and needs not time to find lodging or employment, he does not need time in an RRC to adjust to the community. Petitioner has therefore not been referred for pre-release placement in an RRC. Thus, because the re-evaluation has been conducted in accordance with the Court's May 9, 2007, order, judgment shall be entered.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to enter judgment and close this case.

IT IS SO ORDERED.

**Dated:   June 15, 2007**              /s/ **Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE